

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:        Andrew Patterson v. Transcontinental Insurance Company

Appellate case number:    01-15-00464-CV

Trial court case number:  2013-01531

Trial court:                      129th District Court, Harris County

Date motion filed:            May 3, 2016

Party filing motion:          Andrew Patterson

       It is ordered that appellant's motion for rehearing is **DENIED.**


Judge's signature: /s/  Jane Bland
                     ☐ Acting Individually ☒ Acting for the Court

Before:  Justices Bland, Brown, and Lloyd.


Date:  May 24, 2016